Form 294

**UNITED STATES BANKRUPTCY COURT**

Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09−81012

IN THE MATTER OF:
Jiyong Hong    xxx−xx−1703
1047 Bellenden Drive
Durham, NC 27713

   Debtor(s)

### CLERK'S NOTICE OF
### BANKRUPTCY ADMINISTRATOR'S STATEMENT
### THAT NO PRESUMPTION OF ABUSE HAS ARISEN
### UNDER 11 U.S.C. § 707(b)(2)

    As required by 11 U.S.C. § 704(b)(1)(A), the Bankruptcy Administrator has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. § 707(b)(2), and, pursuant to 11 U.S.C. § 704(b)(2) and § 707(b)(2), the Bankruptcy Administrator has determined that the debtor's(s') case is not presumed to be an abuse of the provisions of Chapter 7 under 11 U.S.C. s 707(b)(2).

Dated: 8/26/09                                                                                            Reid Wilcox
                                                                                                                                    CLERK OF COURT